UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **DONALD R. DAVIS,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **All Kraft Erectors, Inc.** | CASE NO: 17-1062-STA-egb |
| **SHELLEY DAVIS LUCY and** | |
| **ESTATE OF ELIZABETH DAVIS** | |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on August 14, 2017, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/14/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk